**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02966-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

DeLAREE ROSS,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Letter. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __X__ is not submitted
(2) ____ is missing affidavit
(3) __X__ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing:(Account statement submitted is not certified by an appropriate official of Plaintiff's penal institution.)
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing an original signature by the prisoner
(7) ____ is not on proper form (must use the court's current form)
(8) ____ names in caption do not match names in caption of complaint, petition or habeas application

(9)  　X 　 other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)  　X 　 is not submitted
(11)  　__ 　 is not on proper form (must use the court's current form)
(12)  　__ 　 is missing an original signature by the prisoner
(13)  　__ 　 is missing page nos. ___
(14)  　__ 　 uses et al. instead of listing all parties in caption
(15)  　__ 　 names in caption do not match names in text
(16)  　__ 　 addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  　__ 　 other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 29, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge