IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02966-BNB

DeLAREE ROSS,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

## <u>AMENDED</u> ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff , DeLaree Ross, initiated this action by submitting a Letter complaining about police misconduct.  On November 29, 2011, the Court issued an order directing the Plaintiff to cure deficiencies in this action within thirty days.  The November 29 Order instructed Plaintiff to submit a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a certified copy of her prisoner's trust fund account statement for the six-month period preceding her filing.  However, in a November 14, 2011 Letter, Ms. Ross advised the Court in a related case, ***Ross v. Aurora Police Department, et al.***, Civil Action No. 11-cv-02957-BNB, that she would be released from the Arapahoe County Detention Facility on December 1, 2011, and provided her new residential address (Doc. #5).  Although the November 29 Order was not returned to the Court as undeliverable, it is not clear that Plaintiff received it given her imminent release date.

    Because Ms. Ross was no longer incarcerated as of December 1, 2011, the Court will now require her to submit a non-prisoner Complaint and a non-prisoner

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved forms.  Ms. Ross may elect to pay the $350.00 filing fee instead of filing an *in forma pauperis* motion.  Accordingly, it is

ORDERED that, **within thirty (30) days from the date of this order**, Plaintiff, Delaree Ross, shall file a Complaint on the court-approved form, and shall pay the $350.00 filing fee or submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that Ms. Ross shall obtain copies of the court-approved Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Ms. Ross fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 4, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge