IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02966-BNB

DELAREE ROSS,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Delaree Ross, initiated this action on November 15, 2011, by submitting a Letter complaining about police misconduct. At that time, Ms. Ross was incarcerated in the Arapahoe County Detention Facility. On November 29, 2011, the Court issued an order directing the Plaintiff to cure certain deficiencies in this action within thirty (30) days. The November 29 Order instructed Plaintiff to submit a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a certified copy of her prisoner's trust fund account statement for the six-month period preceding her filing. The Court advised Ms. Ross that she could elect to pay the $350.00 filing fee instead of filing an *in forma pauperis* motion. The November 29 Order further advised Ms. Ross that if she failed to cure the designated deficiencies by the court-ordered deadline, the action would be dismissed without prejudice, and without further notice. The November 29 Order was mailed to Ms. Ross at the Arapahoe County Detention Facility.

    In a November 14, 2011 Letter, Ms. Ross advised the Court in a related case,

*Ross v. Aurora Police Department*, *et al.*, Civil Action No. 11-cv-02957-BNB, that she would be released from the Arapahoe County Detention Facility on December 1, 2011, and provided her new residential address (Doc. #5). Although the November 29 Order issued in this action was not returned to the Court as undeliverable, it is not clear that Plaintiff received it given her imminent release date. Accordingly, the Court issued an amended order to cure deficiencies in this action on January 4, 2012.

In the January 4 Order, the Court directed Ms. Ross to submit a non-prisoner Complaint and a non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved forms within thirty (30) days. The Court instructed Ms. Ross that she could elect to pay the $350.00 filing fee instead of filing an *in forma pauperis* motion. The Court further advised Ms. Ross that if she failed to cure the designated deficiencies by the court-ordered deadline, the action would be dismissed without prejudice and without further notice. The Court mailed the January 4 Order to Ms. Ross at the residential address she filed with the Court in Case No. 11-cv-02597-BNB (Doc. #5). On January 23, 2012, the January 4 Order was returned to the Court as undeliverable (Doc. #4).

Ms. Ross has not submitted a Complaint and § 1915 Motion and Affidavit on the court-approved forms, in compliance with the November 29, 2011 Order or the January 4, 2012 Amended Order. She has also failed to pay the filing fee. Further, if Ms. Ross has been released from the Arapahoe County Detention Center, she has failed to file her current address with the Court in compliance with D.C.COLO.L.CivR 10.1M.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status

will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal she must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Delaree Ross, to comply with the Court's Orders dated November 29, 2011 and January 4, 2012, and to comply with the local rules of this Court.  It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   13th   day of   February   , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court